# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2008

Clifford W. Taylor,
Chief Justice

136064

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 136064
COA: 273577
Saginaw CC: 03-022744-FC

CHARLES HENRY ARTHUR,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 29, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE that portion of the opinion of the Court of Appeals addressing the issue of the right to self-representation, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Saginaw Circuit Court for further proceedings not inconsistent with this order. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2008

_____
Clerk